**MONKEYMEDIA, INC., Appellant**

v.

**BUENA VISTA HOME ENTERTAINMENT, INC., Lions Gate Entertainment Inc., Paramount Home Entertainment Inc., Twentieth Century Fox Home Entertainment LLC, Universal Studios Home Entertainment LLC, Warner Bros. Home Entertainment Inc., Appellees**

2016-1558

United States Court of Appeals, Federal Circuit.

Date January 18, 2017

WILLIAM CHRISTIAN, Graves Dougherty Hearon & Moody, PC, Austin, TX, argued for appellant. Also represented by MATTHEW CHRISTOPHER POWERS.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for appellees. Also represented by SETH W. LLOYD, JOSEPH R. PALMORE; DAVID LEE FEHRMAN, MEHRAN ARJOMAND, VINCENT JOSEPH BELUSKO, Los Angeles, CA.

## JUDGMENT

Per Curiam (Lourie, Wallach, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**